JS-6

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT D. MATTHEWS et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Civil No. 5:21-cv-01423-KK<br><br>ORDER RE SETTLEMENT AND DISMISSAL |

**ORDER**

Based on the stipulation of the parties and a showing of good cause, the Court orders as follows.

///

///

///

1

The settlement is entered.  The case is dismissed.  The Court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERERD.

Dated: August 25, 2022

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge